THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLIFFORD BOONE, Defendant-Appellant.

(No. 55803; 

First District—November 6, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Judith Smith Leland, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.